IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT R. CREAGER, | |
| Plaintiff, | No. C 05-01985 JSW |
| v. | |
| MASUO YOSHIMOTO; M.P. TECHNOLOGIES, INC.; M2M, INC., | **ORDER SETTING BRIEFING SCHEDULE** |
| Defendants. | |

On August 26, 2005, Defendant Masuo Yoshimoto filed a motion to dismiss for improper service and lack of personal jurisdiction and Defendant M.P. Technologies, Inc. filed a motion to dismiss for lack of personal jurisdiction, which are both currently noticed for hearing on November 18, 2005. The Court HEREBY ORDERS that Plaintiff's oppositions to the motions shall be due on September 12, 2005, and Defendants' reply, if any, shall be due on September 19, 2005. If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: August 29, 2005

JEFFREY S. WHITE
(by PHYLLIS J. HAMILTON)
UNITED STATES DISTRICT JUDGE