# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

Case No. C05-01985 JSW

[Proposed] ORDER GRANTING
STIPULATED REQUEST TO
REVISE CASE MANAGEMENT
SCHEDULE PENDING
HEARING ON
MOTIONS TO DISMISS

**ROBERT R. CREAGER**, an individual,

      Plaintiff,

    vs.

**MASUO YOSHIMOTO**, an individual,
**M.P. TECHNOLOGIES, INC.**, a corporation, and
**M2M, INC.**, a corporation,

      Defendants.

The Court having reviewed the parties' stipulation to continue various initial case management dates until after the November 18, 2005, hearing on Defendants' motions to dismiss, and having found good cause shown, IT IS ORDERED as follows:

1. The last day for the parties to complete the meet and confer process regarding initial disclosures, early settlement, ADR process selection, and a discovery plan (pursuant to F.R. Civ. P. 26(f) and ADR L.R. 3-5), and the last day for the parties to file a Joint ADR Certification (pursuant to Civ. L.R. 16-8), is CONTINUED from August 29, 2005, to November 30, 2005;

2. The last day for the parties to complete initial disclosures or state objections in the Rule 26(f) Report, and to file and serve the Rule 26(f) Report (pursuant to F.R. Civ. P. 26(a)(1) and Civ. L.R. 16-9), is CONTINUED from September 12, 2005, to December 9, 2005; and

LAW OFFICES
COTCHETT,
PITRE, SIMON
& MCCARTHY

3.    The Case Management Conference now scheduled for October 14, 2005, is CONTINUED to December 16, 2005, and the Joint Case Management Conference Statement, now scheduled to be filed no later than October 6, 2005, is instead to be filed no later than December 9, 2005.

IT IS SO ORDERED.

Date: _August 29, 2005_      _____

HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

by Hon. Phyllis J. Hamilton

LAW OFFICES
COTCHETT,
PITRE, SIMON
& McCARTHY

[Proposed] ORDER GRANTING STIPULATED REQUEST TO REVISE CASE MANAGEMENT
SCHEDULE PENDING HEARING ON MOTIONS TO DISMISS, Case No. C05-01985 JSW      2