UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBERT R. CREAGER, an individual,

    Plaintiff,

vs.

MASUO YOSHIMOTO, an individual,
M.P. TECHNOLOGIES, INC., a corporation, and
M2M, INC., a corporation,

    Defendants.

Case No. C05-01985 JSW

[Proposed] ORDER GRANTING STIPULATED REQUEST FOR REVISIONS IN BRIEFING SCHEDULE REGARDING DEFENDANTS' MOTIONS TO DISMISS

The Court having reviewed the parties' stipulation to request that it revise the dates for Plaintiffs' oppositions and Defendants' replies that it set in the Order Setting Briefing Schedule filed on August 30, 2005, regarding Defendants' motions to dismiss, and having found good cause shown, IT IS ORDERED as follows:

1. The date by which Plaintiff is to file and serve his oppositions to Defendants' motions to dismiss is CONTINUED from September 12, 2005, to October 11, 2005;

2. The date by which Defendants are to file their replies, if any, is CONTINUED from September 19, 2005, to October 18, 2005.

IT IS SO ORDERED.

Date: August 31, 2005 _____
HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE
by Hon. Phyllis J. Hamilton

LAW OFFICES
COTCHETT,
PITRE, SIMON
& MCCARTHY

[Proposed] ORDER GRANTING STIPULATED REQUEST FOR REVISIONS IN
BRIEFING SCHEDULE REGARDING MOTIONS TO DISMISS, Case No. C05-01985 JSW