# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT R. CREAGER, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MASUO YOSHIMOTO, an individual,<br>M.P. TECHNOLOGIES, INC., a corporation, and<br>M2M, INC., a corporation,<br><br>Defendants. | Case No. C05-01985 JSW<br><br>[Proposed] ORDER GRANTING STIPULATED REQUEST FOR REVISIONS IN CASE MANAGEMENT SCHEDULE PENDING RESOLUTION OF FORUM NON CONVENIENS ISSUE |

The Court having reviewed the parties' stipulation to continue various case management dates concerning the merits of this case until after the December 16, 2005, case management conference in order to accommodate resolution of the forum non conveniens issue, and having found good cause shown, IT IS ORDERED as follows:

The case management schedule set in the Court's Order filed August 30, 2005, is hereby VACATED. The Court will reschedule all such dates at or after the December 16, 2005, case management conference, in order to accommodate limited discovery and briefing on, and the Court's decision regarding, Defendants' pending forum non conveniens motion.

IT IS SO ORDERED.

Date: November 30, 2005  _____
HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

LAW OFFICES
COTCHETT,
PITRE, SIMON
& MCCARTHY

[Proposed] ORDER GRANTING STIPULATED REQUEST TO REVISE CASE MGT. SCHEDULE PENDING RESOLUTION OF FORUM NON CONVENIENS ISSUE, Case No. C05-01985 JSW      1