MARK L. MOSLEY (SBN 136449)
BRIAN GEARINGER (SBN 146125)
MOSLEY & GEARINGER LLP
825 Van Ness Avenue, Fourth Floor
San Francisco, California 94109-7837
Telephone: (415) 440-3102
Facsimile: (415) 440-3103

Attorneys for Defendants
MASUO YOSHIMOTO and M2M, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ROBERT R. CREAGER, | Case No. C 05-01985 JSW |
|---|---|
| Plaintiff, | **STIPULATION REQUESTING REVISION IN BRIEFING SCHEDULE REGARDING SUPPLEMENTAL BRIEFS ON DEFENDANTS' MOTION TO DISMISS PURSUANT TO THE DOCTRINE OF *FORUM NON CONVENIENS*; [PROPOSED] ORDER** |
| vs. | |
| MASUO YOSHIMOTO, an individual, M.P. TECHNOLOGIES, INC., a corporation, and M2M, INC., a corporation, | |
| Defendants. | The Honorable Jeffrey S. White, Presiding |

Counsel for Defendants Masuo Yoshimoto and M2M, Inc.; for Defendant M.P. Technologies, Inc.; and for Plaintiff Robert R. Creager, in support of their Stipulation Requesting Revisions in Briefing Schedule Regarding Supplemental Briefs on Defendants' Motions to Dismiss Pursuant to the Doctrine of *Forum non Conveniens*, state as follows:

1. At the December 16, 2005 Case Management Conference, the Court set a Supplemental Briefing Schedule as follows: Opening briefs to be filed by all parties on February 17, 2006 and responsive briefs to be filed by March 3, 2006. The Court set the hearing on the motion for March 17, 2006.

2. On December 16, 2006, the Court issued a Civil Minute Order that provided in pertinent part: "Response due: 3-13-06."

///

STIPULATION REQUESTING REVISION IN BRIEFING SCHEDULE REGARDING SUPPLEMENTAL BRIEFS     1     U.S. DISTRICT COURT CASE NO. C05-01985 JSW

3. Counsel for Defendants Masuo Yoshimoto and M2M, Inc. inadvertently calendared the deadline for the responsive brief as March 13 as set forth in the Civil Minute Order rather than March 3 as stated by the Court during the December 16, 2005 Case Management Conference. As a result, counsel for Defendants Masuo Yoshimoto and M2M, Inc. scheduled a brief vacation (with non-refundable airline tickets) from Saturday, February 25 through Wednesday, March 1, 2006.

4. Counsel for Defendants Masuo Yoshimoto and M2M, Inc. did not realize his error until Tuesday, February 22 when he spoke with counsel for Defendant M.P. Technologies, Inc. Counsel for Defendants Masuo Yoshimoto and M2M, Inc. then telephoned the Court's clerk who confirmed that the correct date for filing responsive briefs is March 3. The Court then issued an Amended Civil Minute Order for the December 16, 2005 Case Management Conference.

5. Given that (1) counsel for Defendants Masuo Yoshimoto and M2M, Inc. will be unavailable from Saturday, February 25 through Wednesday, March 1, 2006, (2) it is necessary to schedule an international telephone conference involving multiple parties; and (3) it will be extremely difficult to do so in time to prepare a responsive brief and declarations in support of same; good cause exists to revise the briefing schedule set forth in the Court's Amended Civil Minute Order for the December 16, 2005 Case Management Conference.

6. Accordingly, the parties request that the Court revise its Amended Civil Minute Order as follows: Responsive briefs will be due on **Wednesday, March 8**. (The Joint Case Management Conference Statement will remain due by Friday, March 10.)

///
///
///
///
///
///
///

THE PARTIES SO STIPULATE, AND REQUEST THE COURT'S APPROVAL OF THE ABOVE REVISION TO THE DECEMBER 16, 2005 AMENDED CIVIL MINUTE ORDER.

Dated: February 23, 2006

          MOSLEY & GEARINGER LLP

          By: /s/ Brian Gearinger
          MARK L. MOSLEY
          BRIAN GEARINGER

          Attorneys for Defendants
          MASUO YOSHIMOTO and M2M, INC.

Dated: February 23, 2006

          MORGENSTEIN & JUBELIRER LLP

          By: /s/ Robert B. Mullen
          ROBERT B. MULLEN
          Attorneys for Defendant
          M.P. TECHNOLOGIES, INC.

Dated: February 23, 2006

          COTCHETT, PITRE, SIMON & McCARTHY

          By: /s/ Laura Schlictmann
          Niall P. McCarthy
          Laura Schlichtmann
          Attorneys for Plaintiff
          ROBERT R. CREAGER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT R. CREAGER,<br><br>    Plaintiff,<br><br>    vs.<br><br>MASUO YOSHIMOTO, an individual, M.P. TECHNOLOGIES, INC., a corporation, and M2M, INC., a corporation,<br><br>    Defendants. | Case No. C 05-01985 JSW<br><br>**[PROPOSED] ORDER GRANTING STIPULATION REQUESTING REVISION IN BRIEFING SCHEDULE REGARDING SUPPLEMENTAL BRIEFS ON DEFENDANTS' MOTION TO DISMISS PURSUANT TO THE DOCTRINE OF *FORUM NON CONVENIENS*** |

The Court having reviewed the parties' stipulation to request that it revise the date for responsive briefs regarding Defendants' Motion to Dismiss pursuant to the Doctrine of *Forum non Conveniens* that it set in the Amended Civil Minute Order for the December 16, 2005 Case Management Conference, and having found good cause shown, IT IS ORDERED as follows:

The date by which the parties are to file responsive briefs is CONTINUED from March 3, 2006 to March 8, 2006.

IT IS SO ORDERED.

Dated: February 24, 2006

HON. JEFFREY S. WHITE
United States District Court Judge