MARK L. MOSLEY (SBN 136449)
BRIAN GEARINGER (SBN 146125)
MOSLEY & GEARINGER LLP
825 Van Ness Avenue, Fourth Floor
San Francisco, California 94109-7837
Telephone:     (415) 440-3102
Facsimile:      (415) 440-3103

Attorneys for Defendants
MASUO YOSHIMOTO and M2M, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ROBERT R. CREAGER, | Case No. C 05-01985 JSW |
|---|---|
| Plaintiff, | **STIPULATION REQUESTING ONE-WEEK CONTINUANCE OF FURTHER CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** |
| vs. | |
| MASUO YOSHIMOTO, an individual, M.P. TECHNOLOGIES, INC., a corporation, and M2M, INC., a corporation, | The Honorable Jeffrey S. White, Presiding |
| Defendants. | |

Counsel for Defendants Masuo Yoshimoto and M2M, Inc.; for Defendant M.P. Technologies, Inc.; and for Plaintiff Robert R. Creager, in support of their Stipulation Requesting One-Week Continuance of Further Case Management Conference, state as follows:

1.     At the December 16, 2005 Case Management Conference, the Court set a hearing on Defendants' Motion to Dismiss for *Forum non Conveniens* for March 17, 2006 at 9:00 am. Also at the December 16, 2005 Case Management Conference, the Court set a Further Case Management Conference to be heard immediately following the hearing on Defendants' Motion to Dismiss for *Forum non Conveniens*.

2.     On March 14, 2006, the Court issued an Order Denying Defendants' Motion to Dismiss for *Forum non Conveniens*. At the same time, the Court vacated the March 17, 2006 hearing of the motion, pursuant to Civil Local Rule 7-1(b).

STIPULATION REQUESTING ONE-WEEK CONTINUANCE      1      U.S. DISTRICT COURT CASE NO. C05-01985 JSW
OF FURTHER CASE MANAGEMENT CONFERENCE

3. On March 15, 2006, the Court issued a Clerk's Notice rescheduling the Further Case Management Conference from 9:00 am to 1:30pm on March 17, 2006.

4. Counsel for Defendants Masuo Yoshimoto and M2M, Inc. is unavailable at this time because he is scheduled to be on a flight departing at 1:00pm on Friday, March 17, 2006, and the ticket is non-refundable. Counsel's partner Mark L. Mosley also is unavailable to attend the Further Case Management Conference at 1:30 pm as he is scheduled to be in a deposition at this time in the matter *Berkman v. City of Morgan Hill, et al.*, Santa Clara County Superior Court Case No. 104 CV 031021

5. Counsel for Plaintiff Robert R. Creager is amenable to the one-week continuance, but requests that, if at all possible, this matter is called last on the Court's Case Management calendar for March 24, 2006 to ensure that counsel arrives on time from another matter.

6. Accordingly, the parties request that the Court continue the Further Case Management Conference scheduled for March 17, 2006 to March 24, 2006, and requests that the Further Case Management Conference be scheduled last among the cases to be taken up on the 1:30 pm calendar on March 24, 2006.

THE PARTIES SO STIPULATE, AND REQUEST THE COURT'S APPROVAL OF A ONE-WEEK CONTINUANCE TO MARCH 24, 2006 OF THE FURTHER CASE MANAGEMENT CONFERENCE.

Dated: March 15, 2006

MOSLEY & GEARINGER LLP


By: /s/ Brian Gearinger\_\_
MARK L. MOSLEY
BRIAN GEARINGER

Attorneys for Defendants
MASUO YOSHIMOTO and M2M, INC.

Dated: March 15, 2006

                        MORGENSTEIN & JUBELIRER LLP


                        By: /s/ Robert B. Mullen
                        ROBERT B. MULLEN
                        Attorneys for Defendant
                        M.P. TECHNOLOGIES, INC.

Dated: March 15, 2006

                        COTCHETT, PITRE, SIMON & McCARTHY


                        By: /s/ Laura Schlichtmann
                        Niall P. McCarthy
                        Laura Schlichtmann
                        Attorneys for Plaintiff
                        ROBERT R. CREAGER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT R. CREAGER,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MASUO YOSHIMOTO, an individual, M.P. TECHNOLOGIES, INC., a corporation, and M2M, INC., a corporation,<br><br>　　　　Defendants. | Case No. C 05-01985 JSW<br><br>[PROPOSED] ORDER GRANTING STIPULATION REQUESTING ONE-WEEK CONTINUANCE OF FURTHER CASE MANAGEMENT CONFERENCE |

　　The Court having reviewed the parties' stipulation to requesting a one-week continuance of the Further Case Management Conference from March 17, 2006 to March 24, 2006, and having found good cause shown, IT IS ORDERED as follows:

　　The Further Case Management Conference is CONTINUED from March 17, 2006 to March 24, 2006 at 1:30 pm, and shall be the last case called on that calendar.

　　IT IS SO ORDERED.

Dated: March 16 , 2006　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　HON. JEFFREY S. WHITE
　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge