UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROBERT R. CREAGER**, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>**MASUO YOSHIMOTO**, an individual,<br>**M.P. TECHNOLOGIES, INC.**, a corporation, and<br>**M2M, INC.**, a corporation,<br><br>Defendants. | Case No. C05-01985 JSW<br><br>[Proposed] **ORDER GRANTING STIPULATED REQUEST FOR ENLARGEMENT OF TIME FOR PLAINTIFF'S REPLY TO COUNTERCLAIMS OF DEFENDANTS YOSHIMOTO AND M2M, INC., UNTIL AFTER JUNE 15, 2006, MEDIATION** |

The Court having reviewed the parties' stipulation requesting an enlargement of time for the filing of Plaintiff's reply to the counterclaims of Defendants Yoshimoto and M2M, Inc., and the accompanying declaration of counsel, and having found good cause shown, IT IS ORDERED as follows:

The last date for the filing and service of Plaintiff's reply to the counterclaims of Defendants Yoshimoto and M2M, Inc., is continued to June 26, 2006. This enlargement of time shall have no effect on other dates already set in this case.

IT IS SO ORDERED.

Date: __May 4, 2006_____     _____/s/ Jeffrey S. White_____
HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE
by Honorable Martin J. Jenkins

LAW OFFICES
COTCHETT,
PITRE, SIMON
& MCCARTHY

[Proposed] **ORDER GRANTING STIPULATED REQUEST FOR ENLARGEMENT OF TIME FOR PLTF'S REPLY TO COUNTERCLAIMS UNTIL AFTER 6/15/06 MEDIATION**, Case No. C05-01985 JSW   3