# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

ROBERT R. CREAGER, an individual,

    Plaintiff,

vs.

MASUO YOSHIMOTO, an individual,
M.P. TECHNOLOGIES, INC., a corporation, and
M2M, INC., a corporation,

    Defendants.

Case No. C05-01985 JSW

[Proposed] ORDER GRANTING STIPULATED REQUEST FOR ORDER CONTINUING SEPTEMBER 15, 2006, CASE MANAGEMENT CONFERENCE

The Court having reviewed the parties' stipulation requesting that the next Case Management Conference, currently scheduled for September 15, 2006, be continued until October 27, 2006, and the accompanying declaration of counsel, and having found good cause shown, IT IS ORDERED as follows:

The Case Management Conference currently scheduled for Friday, September 15, 2006, at 1:30 p.m., is continued to Friday, October 27, 2006, at 1:30 p.m.

IT IS SO ORDERED.

Date: __August 24, 2006__   _____
                                                                  HON. JEFFREY S. WHITE
                                                                  UNITED STATES DISTRICT JUDGE

LAW OFFICES
COTCHETT,
PITRE, SIMON
& MCCARTHY

[Proposed] ORDER GRANTING STIPULATED REQUEST FOR ORDER
CONTINUING 9/15/06 CASE MANAGEMENT CONFERENCE, Case No. C05-01985 JSW