# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

**ROBERT R. CREAGER**, an individual,

Plaintiff,

vs.

**MASUO YOSHIMOTO**, an individual,
**M.P. TECHNOLOGIES, INC.**, a corporation, and
**M2M, INC.**, a corporation,

Defendants.

Case No. C05-01985 JSW

[Proposed] **ORDER GRANTING STIPULATED REQUEST FOR ORDER CONTINUING LAST DATE FOR SECOND MEDIATION SESSION**

The Court having reviewed the parties' stipulation requesting that the deadline for their second mediation session, currently scheduled for February 27, 2007, be continued until April 30, 2007, and the accompanying declaration of counsel, and having found good cause shown, IT IS ORDERED as follows:

The second mediation session shall be completed no later than April 30, 2007.

IT IS SO ORDERED.

Date: __February 27, 2007__   _____
HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

LAW OFFICES
COTCHETT,
PITRE &
MCCARTHY

[Proposed] **ORDER GRANTING STIPULATED REQUEST FOR ORDER CONTINUING LAST DATE FOR SECOND MEDIATION SESSION**, Case No. C05-01985 JSW