# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

**ROBERT R. CREAGER**, an individual,

    Plaintiff,

vs.

**MASUO YOSHIMOTO**, an individual,
**M.P. TECHNOLOGIES, INC.**, a corporation, and
**M2M, INC.**, a corporation,

    Defendants.

Case No. C05-01985 JSW

[Proposed] ORDER GRANTING STIPULATED REQUEST FOR ORDER CONTINUING CLOSE OF EXPERT DISCOVERY

The Court having reviewed the parties' stipulation requesting that the close of expert discovery be continued from July 2, 2007, to August 24, 2007, and the accompanying declaration of counsel, and having found good cause shown, IT IS ORDERED as follows:

The close of expert discovery is continued to August 24, 2007.

IT IS SO ORDERED.

Date: _July 6, 2007_____     _____
HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE