UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**ROBERT R. CREAGER**, an individual,

    Plaintiff,

vs.

**MASUO YOSHIMOTO**, an individual,
**M.P. TECHNOLOGIES, INC.**, a corporation, and
**M2M, INC.**, a corporation,

    Defendants.

Case No. C05-01985 JSW

[Proposed] **ORDER GRANTING STIPULATED REQUEST FOR ORDER CONTINUING TRIAL DATE AND PRETRIAL CONFERENCE DATE**

The Court having reviewed the parties' stipulation requesting that the first day of trial be continued from February 4, 2008, to March ~~10,~~ 24 2008, and the accompanying declaration of counsel, and having found good cause shown, IT IS ORDERED as follows:

The start of trial is continued to March ~~10,~~ 2008. The pretrial conference is continued to __March 3, 2008__ at 2:00 p.m.

IT IS SO ORDERED.

Date: October 18, 2007

_____
HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

LAW OFFICES
COTCHETT,
PITRE &
MCCARTHY

[Proposed] **ORDER GRANTING STIPULATED REQUEST FOR ORDER CONTINUING TRIAL DATE**, Case No. C05-01985 JSW