IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBERT R. CREAGER,

    Plaintiff,

v.

MASUO YOSHIMOTO; M.P. TECHNOLOGIES, INC.; and M2M, INC.,

    Defendants.

No. C 05-01985 JSW

**ORDER DENYING MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION AND DENYING REQUEST FOR SANCTIONS**

    Now before the Court is the motion for leave to file a motion for reconsideration filed by Defendant M.P. Technologies, Inc. ("MPT"). MPT requests reconsideration of the Court order issued on October 7, 2007, denying in part and granting in part Defendants' motion for summary judgment ("Order"). Having carefully reviewed MPT's papers and considered the relevant legal authority, and good cause appearing, the Court hereby DENIES MPT's motion for leave to file a motion for reconsideration.

    A motion for reconsideration may be made on one of three grounds: (1) a material difference in fact or law exists from that which was presented to the Court, which, in the exercise of reasonable diligence, the party applying for reconsideration did not know at the time of the order; (2) the emergence of new material facts or a change of law; or (3) a manifest failure by the Court to consider material facts or dispositive legal arguments presented before entry of the order. Civ. L.R. 7-9(b)(1)-(3). In addition, the moving party may not reargue any written or oral argument previously asserted to the Court. Civ. L.R. 7-9(c).

MPT moves for reconsideration for the Court to consider dispositive legal arguments that it alleges the Court failed to consider initially with regard to the motion for summary judgment. The Court considered the arguments now raised when considering MPT's motion and found them unpersuasive. It finds them similarly unpersuasive in the context of the motion to reconsider. MPT may not move for reconsideration on the basis of any written or oral argument previously asserted to the Court. Civ. L.R. 7-9(c).

Accordingly, MPT's motion for leave to file a motion for reconsideration is DENIED.

Further, the Court DENIES Plaintiff's request for sanctions in the amount incurred as a result of opposing the motion for leave to file a motion for reconsideration because no response need be filed opposing a motion for leave to file a motion for reconsideration unless otherwise ordered by the Court. *See* Civ. L.R. 7-9(d).

**IT IS SO ORDERED.**

Dated: November 5, 2007

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE