UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBERT R. CREAGER, an individual,

    Plaintiff,

vs.

MASUO YOSHIMOTO, an individual,
M.P. TECHNOLOGIES, INC., a corporation, and
M2M, INC., a corporation,

    Defendants.

Case No. C05-01985 JSW

[Proposed] ORDER APPROVING STIPULATION CONTINUING DATES FOR SERVICE OF MOTIONS IN LIMINE AND OPPOSITIONS

The Court having reviewed the parties' stipulation to a brief continuance of the dates for service of their motions in limine and oppositions to said motions, and the accompanying declaration of counsel, and having found good cause shown, IT IS ORDERED as follows:

The Court hereby approves the parties' stipulation continuing the date for service of motions in limine from February 1, 2008, to February 8, 2008, and continuing the date for service of oppositions to motions in limine from February 12, 2008, to February 19, 2008.

IT IS SO ORDERED.

Date: February 1, 2008

HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

LAW OFFICES
COTCHETT,
PITRE &
MCCARTHY

[Proposed] ORDER APPROVING STIPULATION CONTINUING DATES FOR SERVICE OF MOTIONS IN LIMINE AND OPPOSITIONS, Case No. C05-01985 JSW