**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ROBERT R. CREAGER**, an individual,<br><br>         Plaintiff,<br>     vs.<br><br>**MASUO YOSHIMOTO**, an individual,<br>**M.P. TECHNOLOGIES, INC.**, a corporation, and<br>**M2M, INC.**, a corporation,<br><br>         Defendants. | Case No. C05-01985 JSW<br><br>[Proposed] **ORDER APPROVING STIPULATION CONTINUING BY ONE WEEK DATES FOR SERVICE OF OPPOSITIONS TO MOTIONS IN LIMINE AND FILING OF PROPOSED FINAL PRETRIAL ORDER AND RELATED PAPERS** |

The Court having reviewed the parties' stipulation to a one-week continuance of the dates for service of oppositions to motions in limine and the filing of the proposed final pretrial order and related papers, and the accompanying declaration of counsel, and having found good cause shown, IT IS ORDERED as follows:

The Court hereby approves the parties' stipulation continuing the date for service of oppositions to motions in limine and for filing of their proposed final pretrial order and related papers from February 19, 2008, to February 25, 2008. by 4:00 p.m.

IT IS SO ORDERED.

Date: __February 14, 2008__          _____
                                     HON. JEFFREY S. WHITE
                                     UNITED STATES DISTRICT JUDGE

LAW OFFICES
COTCHETT,
PITRE &
MCCARTHY

[Proposed] ORDER APPROVING STIP. FOR 1-WEEK CONTINUANCE FOR OPPOSITIONS TO MOTIONS IN LIMINE AND FILING OF FINAL PRETRIAL ORDER, ETC., Case No. C05-01985 JSW