1  **GEARINGER LAW GROUP**

2  825 VAN NESS AVENUE, 4TH FLOOR
   SAN FRANCISCO, CALIFORNIA
3  94109-7837
4  (415) 440-3102
   BRIAN GEARINGER (State Bar #146125)
5
   Attorneys for Defendants and Counter-claimants
6  MASUO YOSHIMOTO and M2M, Inc.

7                    UNITED STATES DISTRICT COURT
8                    NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT R. CREAGER,<br><br>Plaintiff,<br><br>vs.<br><br>MASUO YOSHIMOTO, an individual, M.P. TECHNOLOGIES, INC., a corporation, and M2M, INC., a corporation,<br><br>Defendants. | Case No. C 05-01985 JSW<br><br>[~~PROPOSED~~] **ORDER CONTINUING HEARING DATE FOR MOTION TO WITHDRAW AS COUNSEL BY GEARINGER LAW GROUP FROM REPRESENTATION OF DEFENDANTS AND COUNTER-CLAIMANTS MASUO YOSHIMOTO AND M2M, INC. FROM MARCH 14 TO APRIL 18, 2008**<br><br>The Honorable Jeffrey S. White, Presiding<br><br>Date Action Filed:   May 13, 2005<br>Trial Date:            **May 5, 2008** |

19  The Court having review the parties' Stipulation continuing the Motion to Withdraw of

20 Gearinger Law Group from March 14 to April 18, 2008, and having found good cause shown, IT

21 IS ORDERED as follows:

22  The Court approves the Stipulation and moves the hearing date of the Motion to

23 Withdraw of Gearinger Law Group from March 14 to April 18, 2008.

24 Dated: March 13, 2008

25                                 By: _/s/ Jeffrey S. White_____
26                                     The Honorable Jeffrey S. White
                                       JUDGE OF THE DISTRICT COURT
27

28

STIPULATION AND [~~PROPOSED~~] ORDER        3        U.S. DISTRICT COURT CASE NO. C05-01985 JSW