NIALL P. McCARTHY (#160175)
LAURA SCHLICHTMANN (#169699)
**COTCHETT, PITRE & McCARTHY**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 692-0577
E-mail: nmccarthy@cpmlegal.com
lschlichtmann@cpmlegal.com

Attorneys for Plaintiff Robert R. Creager

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROBERT R. CREAGER**, an individual,<br><br>        Plaintiff,<br>vs.<br><br>**MASUO YOSHIMOTO**, an individual,<br>**M.P. TECHNOLOGIES, INC.**, a corporation, and<br>**M2M, INC.**, a corporation,<br><br>        Defendants. | Case No. C05-01985 JSW<br><br>**STIPULATION OF DISMISSAL**<br><br>Honorable Jeffrey S. White |

LAW OFFICES
COTCHETT,
PITRE &
MCCARTHY

STIPULATION OF DISMISSAL,
Case No. C05-01985 JSW

IT IS HEREBY STIPULATED by and among the parties to this action through their designated counsel, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, that all claims of any party or parties in the above-captioned action be and hereby are dismissed with prejudice, and that accordingly this action be and hereby is dismissed in its entirety, with prejudice. It is further stipulated by and among the parties to this action that each party shall bear its own costs and attorneys' fees.

Dated: March 31, 2008

_____
Robert R. Creager

COTCHETT, PITRE & McCARTHY

By: _Laura E. Schlichtmann_  4/1/08
LAURA SCHLICHTMANN
Attorneys for Plaintiff and Counter-Defendant
Robert R. Creager

Dated: March 31, 2008

_____
Masuo Yoshimoto
For himself and M2M, Inc.

GEARINGER LAW GROUP  Dated: April 1, 2008

By: _Brian Gearinger_
BRIAN GEARINGER
Attorneys for Defendants and Counter-Claimants Masuo Yoshimoto and M2M, Inc.

Dated: March 31, 2008

_____
On behalf of M.P. Technologies, Inc.

SCHIFF HARDIN LLP

By: _Robert B. Mullen_
ROBERT B. MULLEN
Attorneys for Defendant M.P. Technologies, Inc.   4/3/08